UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-23341-CIV-MORENO**

LUIS MORALES,

    Petitioner,

vs.

WALTER MCNEIL,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDER TRANSFERRING CASE TO THE MIDDLE DISTRICT OF FLORIDA

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Petitioner's Petition for Writ of Habeas Corpus. The Magistrate Judge filed a Report and Recommendation **(D.E. No.7)** on **September 20, 2010**. The Court has reviewed the entire file and record. The Court being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 7)** on is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    this case shall be transferred to the Middle District of Florida; and

(2)    the Clerk of Court shall take all necessary measures to effect this transfer.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of September, 2010.

                                                                   FEDERICO A. MORENO
                                                                   CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record